No. 81–298.   COMMUNITY TELEVISION OF SOUTHERN CALIFORNIA *v.* GOTTFRIED ET AL.; and

No. 81–799.   FEDERAL COMMUNICATIONS COMMISSION *v.* GOTTFRIED ET AL.   C. A. D. C. Cir.   [Certiorari granted, 454 U. S. 1141.]   Motion of respondents to apportion advancement of funds for printing of the joint appendix denied.

No. 81–878.   LARKIN ET AL. *v.* GRENDEL'S DEN, INC. C. A. 1st Cir.   [Probable jurisdiction noted, 454 U. S. 1140.] Motion of Paul W. Johnson, Esquire, to permit Gerald J. Caruso, Esquire, to present oral argument *pro hac vice* granted.

No. 81–920.   VERLINDEN B. V. *v.* CENTRAL BANK OF NIGERIA.   C. A. 2d Cir.   [Certiorari granted, 454 U. S. 1140.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.   Request for additional time for oral argument denied.

No. 81–1770.   ORWOLL ET AL. *v.* LACOMB ET AL.   D. C. Minn.   Motion of Minnesota State Senate for leave to file a brief as *amicus curiae* granted.   Motion of appellants to expedite consideration of the appeal denied.   JUSTICE BLACKMUN took no part in the consideration or decision of these motions.

No. 81–6218.   IN RE JACKSON; and

No. 81–6317.   IN RE SHELBY.   Petitions for writs of mandamus denied.

No. 81–1489.   XEROX CORP. *v.* COUNTY OF HARRIS, TEXAS, ET AL.   Appeal from Ct. App. Tex., 1st Sup. Jud. Dist.   Probable jurisdiction noted.

No. 81–1181.   LOCKHEED AIRCRAFT CORP. *v.* UNITED STATES ET AL.   C. A. D. C. Cir.   Certiorari granted.